In the Matter of IRVING TRUST COMPANY, as Trustee of the Bankrupt Estate of WILLIAM A. LEVY, Appellant.

CENTRAL HANOVER BANK AND TRUST COMPANY et al., as Trustees, et al., Respondents.

(Submitted November 25, 1935; decided December 3, 1935.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 267 N. Y. 102.)